IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ARLENE SCHEITZACH, | CV 17-100-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

The parties have filed a joint motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 15.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Counsel for Plaintiff and Defendant may appear by telephone at the April 24, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 29th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge