IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ARLENE SCHEITZACH, | CV 17-100-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER CONTINUING HEARING** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

The parties have filed a joint motion to appear by telephone or reschedule the November 26, 2018 motion hearing. (Doc. 33.) Good cause appearing, IT IS ORDERED that the motion hearing presently scheduled for November 26, 2018 at 2:30 p.m. shall be continued to **December 11, 2018, at 1:30 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana. Counsel shall appear in person at the hearing.

DATED this 21st day of November, 2018

_____
TIMOTHY J. CAVAN
United States Magistrate Judge