IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ARLENE SCHEITZACH, | CV 17-100-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

The Court has been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED that:

1. Within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

2. Plaintiff's Motion for Sanctions (Doc. 39), and Plaintiff's Motion to Compel (Doc. 42) are denied without prejudice as MOOT, and all deadlines associated with these motions are hereby VACATED.

3. The motions hearing currently scheduled for July 2, 2019 at 2:30 p.m. is VACATED.

DATED this 24th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge