FILED
SEP 3 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARLENE SCHEITZACH, | CV 17-100-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| WELLS FARGO BANK, NATIONAL ASSOCIATION and DOES I-V, | |
| Defendants. | |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 71), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 3rd day of September, 2019.

Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1